# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Anand, Justin S. | U.S. District Court, Northern District of Georgia | 05/15/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge | ☐ Nomination Date<br>☐ Initial ✔ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

U.S. Courthouse
75 Spring St., SW
Atlanta, GA 30303

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. 2004 | 401(k) retirement plan for employees of former law firm (Cleary, Gottlieb, Steen & Hamilton), which is maintained by Fidelity |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | 2013 | Nelson, Mullins, Riley & Scarborough - K1 Partner distribution/ Income |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | South Asian Bar Ass'n of Southern California | 10/18/2013 - 10/20/2013 | San Diego, CA | Keynote speaker at annual meeting | Transportation, lodging, meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anand, Justin S. | 05/15/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | ▥ | Tuition agreement | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anand, Justin S. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America, Checking Account | A | Interest | K | T | | | | | |
| 2. Bank deposit program, Morgan Stanley Smith Barney ("MSSB") | A | Interest | J | T | | | | | |
| 3. Wells Fargo cash account (IRA) | A | Interest | J | T | | | | | |
| 4. Citigroup Funding Inc. (MSSB) | A | Interest | K | T | | | | | |
| 5. Nuveen Georgia Muni Bond Fund (MSSB) | D | Int./Div. | N | T | Buy (add'l) | 04/15/13 | J | | |
| 6. | | | | | Buy (add'l) | 05/15/13 | J | | |
| 7. Cohen & Steers Realty Income (MSSB) | A | Distribution | L | T | Buy (add'l) | 03/26/13 | J | | |
| 8. Eaton Vance LTD Duration (MSSB) | C | Distribution | J | T | | | | | |
| 9. Eaton Vance Tax-Managed Global Dvrsfd Eqty Incme Fd (MSSB) | A | Int./Div. | J | T | | | | | |
| 10. First Eagle Global Fund (MSSB) | D | Distribution | M | T | Buy (add'l) | 01/22/13 | K | | |
| 11. | | | | | Buy (add'l) | 04/15/13 | J | | |
| 12. | | | | | Buy (add'l) | 05/15/13 | J | | |
| 13. Legacy Reserves LP Units | A | Distribution | J | T | | | | | |
| 14. Legg Mason Clearbridge Aggressive Growth (MSSB) | A | Distribution | J | T | | | | | |
| 15. Legg Mason Clearbridge Fundamental All Cap Value (MSSB) | A | Distribution | J | T | | | | | |
| 16. LM CBA Equity Income Builder (MSSB) | A | Dividend | J | T | | | | | |
| 17. Legg Mason Clearbridge Large Cap Growth | A | Distribution | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Lord Abbot Short Duration Income Fund (MSSB) | C | Dividend | M | T | Buy (add'l) | 04/15/13 | J | | |
| 19. PIMCO Commodity Real Return Strategy Fund (MSSB) | A | Dividend | J | T | | | | | |
| 20. Powershares QQQ Tr (MSSB) | A | Dividend | J | T | | | | | |
| 21. SPDR S&P Midcap 400 | A | Dividend | J | T | | | | | |
| 22. SPDR S&P 500 | A | Dividend | J | T | | | | | |
| 23. Vanguard Total Stock Mkt ETF (MSSB) | A | Dividend | K | T | | | | | |
| 24. Clearbridge Energy MLP Fd (MSSB) | B | Dividend | K | T | | | | | |
| 25. Vanguard Wellington Fund | A | Distribution | J | T | | | | | |
| 26. Vanguard Index Trust 500 | A | Dividend | J | T | | | | | |
| 27. Vanguard Morgan Growth Fd | A | Dividend | J | T | | | | | |
| 28. Weatherford International Ltd | | None | J | T | | | | | |
| 29. Fidelity Asset Mgr 85% Fund | A | Dividend | K | T | | | | | |
| 30. Fidelity Blue Chip Growth Fund | A | Dividend | K | T | | | | | |
| 31. Fidelity Diversified Int'l Fund | A | Dividend | K | T | | | | | |
| 32. Schwab S&P 500 Index | | None | M | T | Buy (add'l) | 03/26/13 | J | | |
| 33. Goldman Sachs Small Cap Value Inst | | None | L | T | Buy (add'l) | 03/26/13 | J | | |
| 34. JP Morgan Mid Cap Value Inst. Fund (Schwab) | | None | M | T | Buy (add'l) | 03/26/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anand, Justin S. | 05/15/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. American Funds EuroPacific Fund | | None | M | T | Buy (add'l) | 03/26/13 | J | | |
| 36. PIMCO total return | | None | L | T | Buy (add'l) | 03/26/13 | J | | |
| 37. Alliance Bernstein Funds Large Cap Growth (Wells Fargo IRA) | | None | J | T | | | | | |
| 38. Wells Fargo Large Cap Growth Funds (WFLNX) (IRA) | A | Int./Div. | J | T | | | | | |
| 39. Wells Fargo Small/Mid Cap Fund (SOPFX) (IRA) | A | Int./Div. | J | T | | | | | |
| 40. TIAA-CREF Georgia 529 Plan Aggressive Managed Alloc Acc't | | None | L | T | Buy (add'l) | 02/01/13 | J | | |
| 41. TIAA-CREF Georgia 529 Plan Mgd Alloc Acc't | | None | K | T | Buy (add'l) | 02/01/13 | J | | |
| 42. Southern Co. | A | Dividend | J | T | | | | | |
| 43. Nelson Mullins Defined Benefit Plan | | None | L | T | | | | | |
| 44. Capital One National Ass'n bank acc't (x) | A | Interest | M | T | | | | | |
| 45. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anand, Justin S. | 05/15/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Certain financial accounts, principally relating to retirement and educational accounts, provide me with statements that detail the overall increase or decrease in fund assets but do not separately identify whether any portion of that increase is attributable to dividends or interest. It is possible that individual stock holdings within the mutual funds that comprise these accounts have generated interest or dividends, and that this has contributed to the increase in value, but I cannot discern that from the statements I receive. This pertains to items 34-38 and 42-43, 45. As to these line items on Part VII. As to these line items, I left the "income" column blank, because I do not know of any particular amount characterized as "income." I have not received distributions characterized as taxable income from these funds during 2013.

Line items 34-38 of Part VII are retirement accounts of [        ] through [   ] office 401(k) and profit sharing plan, as to which there are regular contributions via automatic payroll deposit. I included those contributions that occurred in 2013 that exceeded $1,000. In preparing this disclosure I realized that I had inadvertently omitted listing those same contibutions in 2012. These investments were accurately reported in Part VII on my 2012 disclosure, but there were also approximately 5 automatic contributions that exceeded the $1,000 threshold that I omitted including in Column D.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Justin S. Anand**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544